# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| S3G TECHNOLOGY LLC, | § |
| | § |
| Plaintiff | § |
| | § |
| v. | § CIVIL ACTION NO. 5:23-CV-00063-RWS |
| | § |
| HIBBETT RETAIL, INC., | § |
| | § |
| Defendant. | § |

## FINAL JUDGMENT

Pursuant to the Court's Order dismissing the above-captioned case, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, expenses and attorney's fees. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED this 29th day of January, 2024.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE